```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE QUEZADA, on behalf of himself and all                  :
others similarly situated,                                  :
                                                            :
                              Plaintiff,                    :      21-CV-4980 (VSB)
                                                            :
              -against-                                     :           ORDER
                                                            :
WILD EARTH, INC.,                                           :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff filed this action on June 4, 2021, (Doc. 1), and filed an affidavit of service on Defendant on June 24, 2021, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was July 1, 2021. (*See* Doc. 5.) To date, Defendants have not appeared or responded to the complaint. Plaintiff sought and obtained a Clerk's Certificate of Default on July 14, 2021. (Docs. 6–8.) To date, however, Plaintiff has taken no further action to prosecute this case.

Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 13, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   August 5, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge