```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2021
```

UNITED STATES DISTRICT COURT
------------------------------------------------------------X
JOSE QUEZADA, on behalf of himself and all
others similarly situated,

                 Plaintiff,

      -against-

WILD EARTH, INC.,

               Defendant.
------------------------------------------------------------X

21-CV-4980 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that all deadlines and conferences are adjourned and the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: September 14, 2021
       New York, New York

                                                                    Vernon S. Broderick
                                                                    United States District Judge